```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08340
    KATHERINE M PRZYBYLA
    WILLIAM A PRZYBYLA                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-4269      SSN XXX-XX-5409

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/08/07 .

    2.  The case was dismissed without confirmation, 06/22/2007.

    3.  The Debtor paid a total of $   1000.00 .

--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------

        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00         .00          .00         .00          .00
PRINCIPAL PAID            .00         .00          .00         .00          .00
INTEREST PAID             .00         .00          .00         .00          .00
TOTAL PAID                .00         .00          .00         .00          .00
The Debtor's attorney, ERIC G ZELAZNY & ASSOC        , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $   1000.00 .




        Dated: 10/09/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 07 B 08340 KATHERINE M PRZYBYLA & WILLIAM A PRZYBYLA
```